# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sportbrain Holdings LLC

                          Plaintiff,

v.                                                Case No.: 1:16–cv–09763
                                                      Honorable John Z. Lee

Vector Watch, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2017:

       MINUTE entry before the Honorable John Z. Lee: Status hearing held on 1/11/17. Plaintiff reports that the parties are finalizing their settlement agreement. This case is dismissed without prejudice. The dismissal will become with prejudice in 14 days; if necessary the parties have 14 days to reinstate the case. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.